CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CHRISTINE CHEN (CABN 327581)
KEVIN YEH (CABN 314079)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    (415) 436-7200
    Christine.Chen@usdoj.gov
    Kevin.Yeh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-CR-00207-CRB |
| Plaintiff, | **STIPULATION REGARDING PRETRIAL** |
| v. | **SCHEDULE AND [~~PROPOSED~~] ORDER** |
| CANKUN HE, | Trial Date:  October 13, 2026 |
| HAILONG MA, | Pretrial Conference: October 6, 2026, at 2:00 p.m. |
| YUXIANG WEI, | Courtroom: 6, 17th Floor |
| JORDAN CANTIE, and | |
| ROBERT MAYNARD | Hon. Charles R. Breyer |
| Defendants. | |

The United States of America and defendants CANKUN HE, HAILONG MA, YUXIANG WEI, JORDAN CANTIE, and ROBERT MAYNARD, by and through counsel, stipulate to the following pretrial deadlines, which incorporates certain dates, denoted in bold italics, set forth in the Court's Order for Pretrial Preparation for a Criminal Jury Trial, Dkt. 114.

| **Event** | **Proposed Deadline** |
|---|---|
| All disclosures required by Federal Rule of Criminal Procedure 16 and N.D. Cal. | August 11, 2026 |

STIP. RE: PRETRIAL SCHED. & [~~PROPOSED~~] ORDER  1
3:25-CR-00207-CRB

| | |
|---|---|
| Criminal Local Rule 16-1(c), including expert disclosures, by Federal Rule of Criminal Procedure 26.2, and by the Due Process Clause (except that newly obtained discovery may be disclosed after the deadline if disclosed to the defense reasonably soon after obtaining it) | |
| Government's preliminary witness and exhibit lists | August 11, 2025 |
| Any pretrial motions, including motions *in limine* and *Daubert* motions | August 25, 2026 |
| Oppositions to any pretrial motions, including motions *in limine* and *Daubert* motions | September 8, 2026 |
| Joint pretrial conference statement | September 17, 2026 |
| ***Joint proposed jury instructions*** | ***September 17, 2026[1]*** |
| ***Government's case-in-chief witness list*** | |
| ***Government's case-in-chief exhibit list*** | |
| ***Government's proposed verdict form*** | |
| ***Joint proposed additional voir dire questions*** | |
| ***Pretrial conference*** | ***October 6, 2026, at 2:00 p.m.*** |
| Exchange of opening statement demonstratives (if any) | October 14, 2026, at 8 a.m. |
| ***Defendants' case-in-chief witness lists*** | ***October 13, 2026*** |

[1] The Court's order provided two deadlines for submitting proposed jury instructions: September 8, 2026, and September 17, 2026. *See* Dkt. 114 at 2, lines 8–9, 20. The parties propose using the latter date as the deadline, so that these filings can take into account any motions *in limine*, which will not be fully briefed until September 8, 2026.

STIP. RE: PRETRIAL SCHED. & [PROPOSED] ORDER   2
3:25-CR-00207-CRB

| *Defendants' case-in chief exhibit lists* | |
|---|---|
| *Jury selection* | *October 13, 2026, at 9:15 a.m.* |
| *Jury trial (no longer than 10 days)* | *October 14, 2026, at 9:15 a.m.* |

The undersigned Assistant United States Attorneys have obtained approval from counsel for defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: May 8, 2026                    Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California


_____/s/_____
CHRISTINE CHEN
KEVIN YEH
Assistant United States Attorneys

DATED: May 8, 2026                    JODI LINKER
Federal Public Defender
Northern District of California


_____/s/_____
DANIEL BLANK
KARTHIK RAJU
Counsel for Defendant HE

DATED: May 8, 2026


_____/s/_____
ELLEN LEONIDA
JORDAN DICKSON
Counsel for Defendant MA

DATED: May 8, 2026


_____/s/_____
MICHAEL LEVINE
Counsel for Defendant WEI

STIP. RE: PRETRIAL SCHED. & [PROPOSED] ORDER  3
3:25-CR-00207-CRB

DATED: May 8, 2026

_____
        */s/*
AUGUST GUGELMANN
Counsel for Defendant CANTIE

DATED: May 8, 2026

_____
        */s/*
JOHN JORDAN
Counsel for Defendant MAYNARD

STIP. RE: PRETRIAL SCHED. & [PROPOSED] ORDER  4
3:25-CR-00207-CRB

# [~~PROPOSED~~] ORDER

The pretrial deadlines and dates, as reflected in the table in the parties' stipulation above, are adopted in this matter.

IT IS SO ORDERED.

DATED:  May 11, 2026

 

CHARLES R. BREYER
Senior United States District Judge

STIP. RE: PRETRIAL SCHED. & [~~PROPOSED~~] ORDER  5
3:25-CR-00207-CRB