**ELLEN V. LEONIDA** (CA Bar No. 184194)
SIDEMAN & BANCROFT LLP
One Embarcadero Center, 22nd Floor
San Francisco, CA 94111
415-392-1960
Email: eleonida@sideman.com

**JORDAN DICKSON** (CA Bar No. 324406)
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Tel:     (415) 343-7100
Fax:     (415) 343-7101
Email: jdickson@conmetkane.com

Attorneys for Defendant Hailong Ma

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 25-CR-0207-CRB |
| Plaintiff, | |
| v. | **STIPULATION REGARDING BRIEFING SCHEDULE ON MOTION TO SEVER; [~~PROPOSED~~ ORDER]** |
| HAILONG MA, | |
| Defendant. | |

CASE NO. 25-CR-0207-CRB                                    STIPULATION RE: BRIEFING SCHEDULE ON MOTION
                                                          TO SEVER AND [~~PROPOSED~~] ORDER

Pursuant to Criminal Local Rule 47-4, the United States and Defendant Hailong Ma, by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on July 22, 2025, the United States filed an Indictment against Cankun He, Hailong Ma, Yuxiang Wei, Jordan Cantie, and Robert Maynard, charging these individuals with one count of conspiracy to commit Hobbs Act robbery.  ECF No. 1;

WHEREAS, on April 28, 2026, the United States filed a Superseding Indictment that charged an additional count of conspiracy to commit Hobbs Act robbery solely against Mr. He.  ECF No. 130;

WHEREAS, the conspiracy charged in Count 1 alleges the charged individuals conspired to rob Apple iPhones from businesses in Oregon in 2025;

WHEREAS, the conspiracy charged in Count 2 alleges Mr. He conspired with unindicted co-conspirators to rob drug sale proceeds from an individual in California in 2023;

WHEREAS, Mr. Ma intends to file a motion to sever, pursuant to Federal Rules of Criminal Procedure 8 and 14;

WHEREAS, trial is set to begin in this matter on October 13, 2026;

WHEREAS, the proposed briefing and hearing schedule below will not have any effect on any other court-ordered deadline or event;

NOW THEREFORE, the parties stipulate and agree, and respectfully request that the Court order the following briefing schedule:

| Event | Deadline |
| --- | --- |
| Ma – Motion to Sever | June 26, 2026 |
| Government – Opposition to Motion to Sever | July 17, 2026 |
| Ma – Reply to Government's Opposition (if necessary) | July 24, 2026 |
| Oral Argument (if necessary) | July 29, 2026 |

**IT IS SO STIPULATED.**

1

Respectfully submitted,

DATED: June 4, 2026

CRAIG H. MISSAKIAN
United States Attorney


/s/ *with permission*
CHRISTINE CHEN
KEVIN YEH
Assistant United States Attorneys

/s/ *Jordan Dickson*
ELLEN V. LEONIDA
JORDAN DICKSON
Attorneys for Hailong Ma

2

CASE NO. 25-CR-0207-CRB

STIPULATION RE: BRIEFING SCHEDULE ON
MOTION TO SEVER AND [PROPOSED] ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>HAILONG MA,<br><br>        Defendant. | CASE NO. 25-CR-0207-CRB<br><br>[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION TO SEVER |

Based upon the facts set forth in the parties' Stipulation Regarding Briefing Schedule on Motion to Sever, it is hereby ORDERED that any motion to sever filed by Hailong Ma be briefed and argued according to the following schedule:

| Event | Deadline |
|---|---|
| Ma – Motion to Sever | June 26, 2026 |
| Government – Opposition to Motion to Sever | July 17, 2026 |
| Ma – Reply to Government's Opposition (if necessary) | July 24, 2026 |
| Oral Argument (if necessary) | July 29, 2026 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __June 5, 2026_____          _____

The Honorable Charles R. Breyer
United States District Judge

3