CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CHRISTINE CHEN (CABN 327581)
ANUPAM DHILLON (CABN 324746)
KEVIN YEH (CABN 314079)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
(415) 436-7200
Christine.Chen@usdoj.gov
Anupam.Dhillon@usdoj.gov
Kevin.Yeh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CANKUN HE, et al.,<br><br>Defendants. | CASE NO. 3:25-CR-207 CRB<br><br>**~~[PROPOSED]~~ IMMUNITY ORDER**<br><br>Judge: Hon. Charles R. Breyer<br>Trial 1 Date: November 16, 2026 at 9:15 a.m.<br>Jury Selection: October 27, 2026 at 9:15 a.m.<br>Pretrial Conference: October 26, 2026 at 2:00 p.m.<br><br>Trial 2 Date: TBD |

On motion of Craig H. Missakian, United States Attorney for the Northern District of California, the Court hereby finds and orders as follows:

1. Jordan CANTIE may be called to testify or provide other information before the Court in the two trials scheduled in this matter;

2. In the judgment of the United States Attorney, Jordan CANTIE has refused or is likely to refuse to testify or provide other information on the basis of his Fifth Amendment privilege against self-incrimination;

3. In the judgment of the United States Attorney, the testimony or other information to be obtained from Jordan CANTIE may be necessary to the public interest; and

4. The motion filed here has been made with approval of the designate of the Assistant Attorney General in charge of the Criminal Division of the Department of Justice, pursuant to the authority vested in him by 18 U.S.C. § 6003 and 28 C.F.R. 0.175;

IT IS THEREFORE ORDERED pursuant to 18 U.S.C. § 6002 that Jordan CANTIE shall testify under oath and provide other information which he refuses to give or provide on the basis of his Fifth Amendment privilege against self-incrimination, and shall do so as to all matters about which he may be interrogated before the Court or in any further proceedings resulting therefrom or ancillary thereto.

IT IS FURTHER ORDERED that the testimony and other information compelled from Jordan CANTIE pursuant to this order, and any information directly or indirectly derived from such testimony or other information may not be used against him in any criminal case, except a prosecution for perjury, false declaration, or otherwise failing to comply with this order.

IT IS FURTHER ORDERED that this order shall become effective only if, after the date of this order, Jordan CANTIE refuses to testify or provide other information on the basis of his Fifth Amendment privilege against self-incrimination.

IT IS SO ORDERED.

DATED: October 8, 2026

HON. CHARLES R. BREYER
United States District Judge