CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CHRISTINE CHEN (CABN 327581)
ANUPAM DHILLON (CABN 324746)
KEVIN YEH (CABN 314079)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
(415) 436-7200
Christine.Chen@usdoj.gov
Anupam.Dhillon@usdoj.gov
Kevin.Yeh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>CANKUN HE,<br>HAILONG MA,<br>YUXIANG WEI,<br>JORDAN CANTIE, and<br>ROBERT MAYNARD<br><br>Defendants. | Case No. 3:25-CR-00207-CRB<br><br>**STIPULATION REGARDING PRETRIAL SCHEDULE AND [~~PROPOSED~~] ORDER**<br><br>Trial date: November 30, 2026<br>Jury selection: November 18, 2026<br>Pretrial Conf.: November 17, 2026 at 2:00 p.m.<br>Courtroom: 6, 17th Floor<br><br>Hon. Charles R. Breyer |

On October 22, 2026, the Court set a trial date of November 30, 2026, for Count 1 of the Superseding Indictment against defendants Cankun He and Yuxiang Wei only. Count 1 remains pending against defendant Hailong Ma, who is in fugitive status. After meeting and conferring, the parties agree and stipulate to the following pretrial schedule.

| | |
|---|---|
| All disclosures required by Federal Rule of Criminal Procedure 16 and N.D. Cal. Criminal Local Rule 16-1(c), including expert disclosures, by Federal Rule of Criminal Procedure 26.2, and by the Due Process | Friday, October 30, 2026 |

| | |
|---|---|
| Clause (except that newly obtained discovery may be disclosed after the deadline if disclosed reasonably soon after obtaining it) | |
| Any pretrial motions, including motions *in limine* and *Daubert* motions | Thursday, November 5, 2026 |
| Oppositions to any pretrial motions, including motions *in limine* and *Daubert* motions | Thursday, November 12, 2026 |
| Joint pretrial conference statement, if any | Thursday, November 12, 2026 |
| Joint proposed jury instructions | |
| Government's case-in-chief witness list | |
| Government's case-in-chief exhibit list | |
| Government's proposed verdict form | |
| Defendants' case-in-chief witness lists | Tuesday, November 17, 2026, at 5:00 p.m. |
| Defendants' case-in chief exhibit lists | |
| Pretrial conference | Tuesday, November 17, 2026, at 2:00 p.m. |
| Jury selection | Wednesday, November 18, 2026 |
| Exchange of opening statement demonstratives (if any) | Monday, November 30, 2026, at 8:00 a.m. |
| Jury trial (no longer than 10 days) | Monday, November 30, 2026 |

The parties will disclose their witnesses and exhibits to opposing counsel by 5:00 p.m. on the day prior.

Defendant Cankun He maintains his objection to excluding time under the Speedy Trial Act but otherwise agrees to this schedule. Defendant Yuxiang Wei agrees that time should be excluded through November 30, 2026, for effective preparation of counsel and due to the complexity of the case.

Government counsel has obtained approval from counsel for defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: October 27, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
CHRISTINE CHEN
KEVIN YEH
ANUPAM DHILLON
Assistant United States Attorneys

DATED: October 27, 2026

JODI LINKER
Federal Public Defender

/s/
DANIEL BLANK
KARTHIK RAJU
Counsel for Defendant HE

DATED: October 27, 2026

/s/
MICHAEL LEVINE
Counsel for Defendant WEI

## [PROPOSED] ORDER

The pretrial deadlines, as reflected in the table in the parties' stipulation above, are adopted in this matter.

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from November 16, 2026, through December 7, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and is proper due to the complexity of the case. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: October 28, 2026

HON. CHARLES R. BREYER
Senior United States District Judge