IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

CANKUN HE,

Defendant.

**Case No.:** CR 25–0207 CRB

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S POST-TRIAL MOTIONS**

Following the return of a guilty verdict on Count Two of the Superseding Indictment in the above-captioned case, the Court directed the parties to confer regarding a briefing schedule for any post-trial motions under Federal Rules of Criminal Procedure 29 and 33. Accordingly, the parties stipulate and jointly request that the Court order the following schedule: Motions, January 29, 2027; Oppositions, February 26, 2027; Replies, March 12, 2027; Hearing, March 24, 2027, at 10:00 a.m.

IT IS SO STIPULATED.

November 5, 2026
Dated

CRAIG MISSAKIAN
United States Attorney
Northern District of California

/S

KEVIN YEH
CHRISTINE CHEN
ANUPAM DHILLON
Assistant United States Attorney

November 5, 2026
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S

DANIEL P. BLANK
KARTHIK RAJU
Assistant Federal Public Defender

IT IS SO ORDERED.

November 6, 2026
Dated

CHARLES R. BREYER
United States District Judge